# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                            )<br>            Plaintiff,      )<br>                            )<br>    vs.                     )<br>                            )<br>BRIAN J. FREEMONT,          )<br>                            )<br>            Defendant.      )   | 8:06CR118<br><br>**SCHEDULING ORDER** |

   IT IS ORDERED that the following is set for hearing on **June 12, 2006** at **2:00 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

   - Detention Hearing

   Since this is a criminal case, the defendant must be present, unless excused by the Court.

   DATED this 9th day of June, 2006.

                            BY THE COURT:


                            s/ F.A. Gossett
                            United States Magistrate Judge