IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )        8:06CR118
                               )
     v.                        )
                               )
BRIAN FREEMONT,                )        ORDER
                               )
          Defendant.           )
_____)
```

IT IS ORDERED that a Rule 11 hearing is scheduled for:

**Monday, October 30, 2006, at 11 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 23rd day of October, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court