IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR118 |
| | ) | |
| v. | ) | |
| | ) | |
| BRIAN FREEMONT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court after notice from counsel that defendant has been accepted into a treatment program at Nebraska Urban Indian Health Coalition, Inc., on January 7, 2009. The Court finds defendant should be permitted to enter said program. Accordingly,

IT IS ORDERED:

1) The United States Marshal shall release defendant to the custody of the federal public defender on January 7, 2009, for transportation to the Nebraska Urban Indian Health Coalition, Inc., 2240 Landon Court, Omaha, Nebraska, 68102.

2) Defendant's termination from said program shall result in his incarceration until his sentencing currently scheduled for **February 9, 2009, at 9 a.m.**

DATED this 29th day of December, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court