IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR118 |
| | ) | |
| v. | ) | |
| | ) | |
| BRIAN FREEMONT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court after defendant failed to appear at a scheduled hearing. The defendant is now in custody, and the Court finds he should be released pending further hearing. Accordingly,

IT IS ORDERED:

1) The United States Marshal shall release defendant from custody forthwith.

2) That this matter is continued for a further dispositional hearing on:

**Wednesday, October 21, 2009, at 9:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 16th day of October, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court